1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant MADDOX

6

7                      UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                          OAKLAND DIVISION

10  UNITED STATES OF AMERICA,          )      No.   CR-11-00522 SBA
                                       )
11          Plaintiff,                 )
                                       )
12      v.                             )      STIPULATED REQUEST TO CONTINUE
                                       )      SENTENCING HEARING DATE TO
                                       )      APRIL 6, 2012 AND ORDER
13                                     )
    JAMAR MADDOX,                      )
14                                     )      Hearing Date: March 28, 2012
            Defendant.                 )      Time:          10:00 a.m.
15                                     )
    _____)

16

17      The above-captioned matter is set on March 28, 2012 before this Court for a sentencing

18  hearing.  The parties jointly request that the Court continue this matter to April 6, 2012, at 10:00

19  a.m., so that the parties and the United States Probation Office have sufficient time to prepare

20  sentencing materials for the Court.

21      In September 2009, this Court sentenced Mr. Maddox to 24 months in the custody of the

22  Bureau of Prisons after he pleaded guilty to being a felon in possession of a firearm.  Near the

23  end of his sentence, in February 2011, the Bureau of Prisons transferred Mr. Maddox to Geo

24  Care, a residential reentry center, in Oakland, California.  On May 24, 2011, Mr. Maddox fled

25  from the facility and the government charged him with escape from custody, in violation of 18

26  U.S.C. § 751(a).  Mr. Maddox pleaded guilty to this charge at his first district court appearance.

Stip. Req. To Continue Sentencing Hearing Date,
CR-11-00522 SBA

1    He has no plea agreement with the government.

2          The reason for this requested continuance is that both counsel for Mr. Maddox and

3    counsel for the government would like additional time to prepare sentencing materials for the

4    Court.  For these reasons, the parties request that the Court continue the March 28, 2012

5    sentencing date to April 6, 2012.  Counsel for Mr. Maddox conferred with the United States

6    Probation Office regarding this stipulation.  The Probation Office is available to appear at

7    sentencing on April 6, 2012.

8          Because this is a sentencing stipulation, and because Mr. Maddox has already pleaded

9    guilty, the parties further agree that the Speedy Trial Act does not apply.

10

11   DATED: March 15, 2012                              /S/
                                              BRIAN C. LEWIS
12                                            Assistant United States Attorney

13

14   DATED: March 15, 2012                              /S/
                                              ANGELA M. HANSEN
                                              Assistant Federal Public Defender
15

16

17

18

19

20

21

22

23

24

25

26

1

# ORDER

2        Based on the reasons provided in the stipulation of the parties above, and for good cause,

3   the Court hereby FINDS:

4        1.        Given that the parties need additional time to prepare sentencing materials for the

5   Court;

6        2.        Given that Mr. Maddox pleaded guilty and that the Speedy Trial Act does not

7   apply;

8        Based on these findings, IT IS HEREBY ORDERED that the sentencing hearing date of

9   March 28, 2012, scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, is

10   vacated and reset for April 6, 2012 at 10:00 a.m.

11   March 16, 2012                                        _____
                                                          SAUNDRA BROWN ARMSTRONG
12                                                        United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stip. Req. To Continue Sentencing Hearing Date,
CR-11-00522 SBA                              3