1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant MADDOX

6

7                     UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                            OAKLAND DIVISION

10 UNITED STATES OF AMERICA,          )    No.    CR-11-00522 SBA
                                      )
11          Plaintiff,                )
                                      )    STIPULATED REQUEST TO CONTINUE
12     v.                             )    SENTENCING HEARING DATE TO
                                      )    MAY 29, 2012 FOR AN EVIDENTIARY
13                                    )    HEARING AND ORDER
   JAMAR MADDOX,                      )
14                                    )
            Defendant.                )    Hearing Date: April 6, 2012
15                                    )    Time:         10:00 a.m.
                                      )
16

17       The above-captioned matter was set on April 6, 2012 before this Court for a sentencing

18 hearing.  The Court decided that an evidentiary hearing was necessary to resolve a dispute

19 regarding the applicable sentencing Guidelines range.  For this reason, the parties jointly request

20 that the Court continue this matter to May 29, 2012, at 1:00 p.m., for an evidentiary hearing.

21       In September 2009, this Court sentenced Mr. Maddox to 24 months in the custody of the

22 Bureau of Prisons after he pleaded guilty to being a felon in possession of a firearm.  Near the

23 end of his sentence, in February 2011, the Bureau of Prisons transferred Mr. Maddox to Geo

24 Care, a residential reentry center, in Oakland, California.  On May 24, 2011, Mr. Maddox fled

25 from the facility and the government charged him with escape from custody, in violation of 18

26 U.S.C. § 751(a).  Mr. Maddox pleaded guilty to this charge at his first district court appearance.

Stip. Req. To Continue Sentencing Hearing Date,
CR-11-00522 SBA

He has no plea agreement with the government.

The parties dispute the application of an enhancement under the sentencing guidelines. After reviewing the parties' sentencing papers and the probation office's Pre-Sentence Investigation Report, the Court determined that an evidentiary hearing was necessary to resolve the dispute. The parties anticipate that the hearing will last approximately three hours. The parties further stipulate and agree that the following witnesses will appear at the hearing without the need for a subpoena:

> GEO care staff member Michael Paladini
> GEO care staff member Joyce Nguyen
> Deputy United States Marshal Rabanal
> Deputy United States Marshal Siegel
> Federal Public Defender Investigator Frank Tamburello
> Federal Public Defender Investigator Madeline Larsen

Counsel for Mr. Maddox conferred with the United States Probation Office regarding this stipulation. The probation officer assigned to this case is available to appear on May 29, 2012. For these reasons, the parties request that the Court set this matter for an evidentiary hearing on May 29, 2012 at 1:00 p.m.

Because this is a sentencing stipulation, and because Mr. Maddox has already pleaded guilty, the parties agree that the Speedy Trial Act does not apply.

DATED: April 18, 2012                           /S/
                                          BRIAN C. LEWIS
                                   Assistant United States Attorney

DATED: April 18, 2012                           /S/
                                         ANGELA M. HANSEN
                                 Assistant Federal Public Defender

Stip. Req. To Continue Sentencing Hearing Date,
CR-11-00522 SBA                                  2

## ORDER

Based on the reasons provided in the stipulation of the parties above, and for good cause, the Court hereby FINDS:

1. Given that an evidentiary hearing is necessary to resolve a sentencing Guidelines dispute;

2. Given that the parties and probation office are available on May 29, 2012; and

3. Given that Mr. Maddox pleaded guilty and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the sentencing hearing date of April 6, 2012, scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for an evidentiary hearing on May 29, 2012 at 1:00 p.m.

April 23, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge