MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>      Plaintiff,                  )<br>                                    )<br>   v.                               )<br>                                    )<br>JAMAR MADDOX,                       )<br>                                    )<br>      Defendant.                  )<br>                                    )<br>_____) | No. CR 11-0522 SBA<br><br>**STIPULATION AND ORDER VACATING EVIDENTIARY HEARING AND SETTING CASE FOR SENTENCING AT 10:00 A.M. ON JUNE 13, 2012** |

      The parties are currently scheduled to appear before this Court on June 13, 2012, at 1:00 p.m. for sentencing and an evidentiary hearing concerning a disputed sentencing enhancement. The United States has now withdrawn its request that the Court impose the disputed sentencing enhancement.  Accordingly, the parties agree that an evidentiary hearing is unwarranted.  The parties will argue sentencing based on the undisputed PSR and the parties' sentencing memoranda.  For these reasons, with the agreement of counsel for both parties and the defendant, the parties now stipulate and ask the Court to find and hold as follows:

      1. The evidentiary hearing in this matter set for June 13, 2012, at 1:00 p.m. is VACATED.

ORDER VACATING EVID. HR'G AND SETTING CASE FOR SENTENCING
CR 11-0329 SBA

1     2. This matter shall be set for judgment and sentencing before this Court on June 13, 2012, at 10:00 a.m.

    IT IS SO STIPULATED.

DATED: June 7, 2012                  /s/
                                      ANGELA HANSEN
                                      Counsel for Jamar Maddox

DATED: June 7, 2012                  /s/
                                      BRIAN C. LEWIS
                                      Assistant United States Attorney

    IT IS SO ORDERED.

DATED: _6/12/12                   *Saundra B Armstrong*
                                      SAUNDRA BROWN ARMSTRONG
                                      United States District Judge